

# NUMBER 13-25-00101-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JOSE RODRIGUEZ MARTINEZ
AND LUANA RODRIGUEZ,                                    Appellants,

v.

TD AUTO FINANCE LLC
F/K/A CHRYSLER FINANCIAL,                               Appellee.

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 4
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca
Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on a joint motion to dismiss. On April 16, 2025, the parties were ordered to mediation. Upon review of the joint motion, it appears the parties have resolved all claims amongst and between them and now request dismissal of the appeal.

The Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the agreed motion, costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
30th day of October, 2025.